**HON. ROBERT S. LASNIK**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, et al., | |
| Plaintiffs, | NO. C06-1313RSL |
| v. | **ORDER FOR ENTRY OF SUMMARY JUDGMENT** |
| ROCKY MOUNTAIN MECHANICAL, INC., | |
| Defendant. | |

This matter came before the Court on Plaintiffs' motion, and the Court having reviewed the Declarations of Mark E. Brennan and Tim Yeager and Plaintiffs' motion for summary judgment, and the matters of record:

IT IS HEREBY ORDERED that Plaintiffs' motion for summary judgment is hereby granted; and

IT IS HEREBY FURTHER ORDERED that Plaintiffs are entitled to judgment against defendant Rocky Mountain Mechanical, Inc. as follows:

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - «Cause_No» - 1

ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW
_____
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY · SEATTLE, WA 98101-1827
206.467.6700 · 206.467.7589 facsimile

1.      Ninety Thousand, Three Hundred, Ninety-one and 37/100 Dollars ($90,391.37) in employee benefit contributions due for the period July to December 2006, inclusive, with interest at the rate of 12% per annum until paid;

2.      Fifty Thousand, One Hundred, Fifty-eight and 29/100 Dollars ($51,158.29) in liquidated damages for the period July through December 2006, inclusive, with interest at the rate 5.07% per annum until paid;

3.      Nine Thousand, Seven Hundred, Twenty-eight and 56/100 Dollars ($9,728.56) in pre-judgment interest through April 9, 2007 on July through December 2006 contributions, with interest at the rate of 5.07% per annum until paid;

4.      Four Hundred, Eight and 50/100 Dollars ($408.50) in costs, with interest at the rate of 5.07% per annum until paid; and

5.      Six Hundred and 00/100 Dollars ($600.00) in attorneys' fees, with interest at the rate of 5.07% per annum until paid.

DATED this 9th day April, 2007.

_____
Robert S. Lasnik
United States District Judge

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - «Cause_No» - 2

ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW
_____
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY · SEATTLE, WA 98101-1827
206.467.6700 · 206.467.7589 facsimile